**Donnie Ray DUMAS, Appellant,**

v.

**Stephanie J. DUMOLT; Stephen M. Donnally; Edward F. Reilly, Jr.; John Ashcroft; John R. Simpson; John Doe, Appellees.**

No. 04–1522.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 20, 2004.

Donnie Ray Dumas, Federal Correctional Institution, Forrest City, AR, pro se.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Donnie Ray Dumas appeals the district court's * preservice dismissal of Dumas's *Bivens* action. *See Bivens v. Six Unknown Named Agents*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Having carefully reviewed the record, we conclude dismissal was proper because Dumas failed to state a constitutional claim. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47A(a).

We also grant Dumas's motion to appeal in forma pauperis, and instruct the district court-which assessed an initial partial appellate filing fee-to assess and collect the balance of the appellate filing fee. *See Henderson v. Norris*, 129 F.3d 481, 484–85 (8th Cir.1997) (per curiam). Finally, we deny Dumas's request for mandamus relief, which appears to raise claims not previously presented to the district court.

---

* The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.